# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

_____

In re:                                              Case No.     07-42403
Joseph Anthony Cole,                                Chapter 7 Case
      Debtor,
_____

Keith Darryl Adams, Mark A. Ahmann,                 ADV File No.  07-4271
Ann Marie Ash (fka Chuprevich), Kathy Baker,
Charles Bangasser, Art Bannerman,
Sean Bannerman, F. Ray Barriuso,
Waldo B. Bechtold, Elliot and Emily Benincasa,
LeRoy M. Bohnsack, Dennis Bresnahan,
Eric and Brynn Bresnahan, Brez Properties, LLC,
Wade and Sharon Bresnahan, ABOE Investments, LLC,
Daniel J. Brinkman, Kelby and Carol Brothen,
Jason and Sandra Burmeister, Scott R. Carlson,
Margaret Cavanaugh, Greg and Gan Christensen,
Cindy Clemens, Omey Investments, LLC,
Alpine Investments, LLC, Peter J. Costa,
Dominic and Diane Daninger, Daniel R. Delgado,
Christopher Dennis, Philip Dennis,
Dan Denno, Robert Denzer,
Thomas and Karen Ditty, Martha and Thomas Dixon,
Jan M. Emter, Daniel L. and Mindi B. Fasold,
Falcon Investments, LLC, Scott and Colleen Fischer,
Stacy and Brian Fleming, Brad Frank,
Peter Freeland, Randy & Lori Gelner,
James and Valerie Glasow, Mark & Nicholas Glasow,
Dr. Scott Hadden, J. Wes Hagen,
Matthew and Kathleen Hansen, David Harten,
Wendy Hartman, Eric Heinith,
Jack and Theresa Hennen, Kevin Holtan,
Arne and Phyllis Huber, Scott David Ingram,
Mitchell and Tamara Jensen, David Johnson,
Douglas Johnson, Anthony J. Kalal,
Paul and Joan Kappes, Tyrone Kindle,
Michelle T. King, James and Kathleen Kinney,
Troy Klein, Michael E. Kroon,
Daryn and Wendi Krumm, Nathan and Betsy Labatt,
Erik and Pierce, Heidi Laine, Gregg Laing,
Jason W. Larson, Jay A. Larson,
Eric and Carolyn Lent, Sonia Liedman,
David E. Lord, Robert J. Lord, Jr.,

George and Julie Lougee, John M. and Michael Mac Donald,
Kent Madson, Tom Mauren,
Patrick and Pamela McDonald, Helen McHugh
 in care of Susan Robbins,
Robert J. (Jay) McNeil, Jr., Dale and Carla Meierhofer,
Paul D. Miller, Elizabeth Montgomery,
Mitchell C. Muhich, Rizwan Mulla,
Kevin and Deidre Mullen, Del and Ruth Ann Mund,
Greg and Mitra Murphy, James Murray,
David Nardini, Eugene and Donna Nardini,
Michael Nardini, Sean T. Nelson,
William K. Newgren, Eileen E. Nygard,
Thomas and Becky Osnes, PEM Investments, LLC,
Judge Alan Pendleton, Constantino Perez,
Miriam Ramos, Teri Reamer,
Anthony W. Rees, Dave and Carol Reischl,
Todd and Bonita Reynoldson, Mark and Mary Jane Richards,
Mark J. Rode, Jonathan and Jean Rusterholtz,
RCT Consultants, Roger and Nancy Rymer,
Gary and Ryan Schebo, Brian & Kristine Schmidt,
Troy and Bonnie Schmitz, Ken and Cheryl Seese,
Michael and Patricia Serie, Diane L. Severson,
Kumar Sharma, David Smith,
Robert S. Smrekar, Vickie K. Sober,
Richard and Elizabeth Splittstoesser, Mark S. Sportelli,
Frank and Kathy St. Lawrence, Christopher and Jennifer Stanley,
Alan & Michelle Stano, Jim and Rhonda Steffes,
David Sternal, Charles and Bonnie Stone,
Mark O. Sullivan and Becky A. Corcoran,
Edward Taillon, John P. Thielen,
Dean and Carol Tomlinson, Jason and Jennifer Trelstad,
Ruth A. Troutman, Maria Turnblöm,
Brooks Turnquist, Richard Turnquist,
Jeff and Gretchen Vandenberg, David and
Maureen Villavicencio, Ann Vorarath,
Lisa Wagner, William and Cynthia Webster,
Guy and Jan Wikman, William and Nancy Wirth,
Sandra G. Wood, Mark Yost,

            Plaintiffs,
vs.

Joseph Anthony Cole,

Defendant.

## JUDGMENT

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. Plaintiffs' motion for default judgment as to Count I of the complaint is GRANTED.

2. Based on the foregoing, Defendant's debt to Plaintiffs as adjudicated in Minnesota District Court File No.: 27-CV-06-11966, Hennepin County, or any case consolidated thereto, shall be excepted from discharged pursuant to 11 U.S.C. § 523(a)(2)(A).

3. Count II and Count III of Plaintiffs' complaint is dismissed as moot.

At: Minneapolis, Minnesota.  Lori A. Vosejpka, Clerk
Dated: March 11, 2008.  United States Bankruptcy Court

By /e/ Karen Krouch
   Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/11/2008*
Lori Vosejpka, Clerk, By KK